JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARO GARCIA,<br><br>        Petitioner,<br>vs.<br>JOHNSON, Warden,<br>        Respondent. | Case No. CV 15-01114-BRO (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: October 8, 2015

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE